

December 23, 2019

Hon. Elizabeth A. Wolford
United States District Court Judge
Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614          By ECF

Re: *US v. Michael Tremiti*
    Indictment no.: 18-CR-108

Dear Judge Wolford:

I submit this letter to comply with the Court's order concerning whether any party anticipates any issue complying with the Court's discovery schedule. The only issue I can foresee at this point is the completeness of the status report letter to the Court due on January 21, 2020, since the government search terms are not due until January 24th and the mirror images of all seized devices are not due until February 24th. Obviously, we will be unable to the speak to any issues with respect to those items on January 21st.

Sincerely,

Easton Thompson Kasperek Shiffrin LLP

Donald M. Thompson

DMT:sb

**Partners**
William T. Easton
Donald M. Thompson
Lawrence L. Kasperek
Brian Shiffrin
Rhian D. Jones

**Associates**
Paul A. Meabon
Yousef N. Taha

**Office Manager**
Victoria Pellett

**The Powers Building**
16 West Main Street
Suite 243
Rochester, New York
14614

**OFFICE** (585) 423.8290
**FAX** (585) 423.0890

www.etksdefense.com

Easton Thompson Kasperek Shiffrin LLP